423 A.2d 1306

Commonwealth v. Joseph Dennis, Appellant.

Commonwealth v. Jerome Dennis, Appellant.

Submitted April 12, 1979. David O'Hanesian, for appellants; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgments of sentence affirmed.